# LAW OFFICE OF JOHN A. SCOLA, PLLC
90 Broad Street, Suite 1023
NEW YORK, NY 10004

TEL: 917.423.1445                                                                                   FAX: 914.302.4099

June 1, 2022

**By ECF**
Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                                            Re:  Khazin v. The City of New York, et al.
                                                 17 Civ. 03779 (LDH) (TAM)

Dear Judge Merkl:

      In accordance with this Court's Order, dated May 18, 2022, the parties jointly write to provide a status update regarding the need for a settlement conference in this matter. Unfortunately, the parties are too far apart to believe a settlement conference would be productive at this juncture. The Defendants will file their dispositive motion in accordance with the schedule set forth in the aforementioned conference.

      The parties thank the Court for its time and consideration related to this matter.

                                                                    Respectfully Submitted,

                                                                    /s/
                                                                  John Scola